**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOVE SYSTEMS, INC., et al., | Case No.  CV 10-7223-GW(CWx) |
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| CRAFT OF CHARISMA, et al., | |
| Defendants. | |

Based upon the Notice of Dismissal filed by plaintiff on October 21, 2010, it is hereby ORDERED that this action is hereby dismissed in its entirety.

IT IS SO ORDERED.

Dated: October 27, 2010          BY THE COURT

_____

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS
WITH PREJUDICE